IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAFTON RANDLE, JR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-195-M |
| ) | |
| RON WARD and THE ATTORNEY GENERAL ) | |
| OF THE STATE OF OKLAHOMA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

On June 10, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation [docket no. 19] in this habeas corpus action brought pursuant to 28 U.S.C. § 2254. Magistrate Judge Bacharach recommends that Petitioner's Petition for a Writ of Habeas Corpus [docket no. 1] and Motion for Stay of Federal Proceedings [docket no. 16] be denied. The parties were advised of their right to object to the Report and Recommendation by June 30, 2005. Petitioner timely filed an objection.

The Court has reviewed this matter de novo. The Court agrees with Magistrate Judge Bacharach's Report and Recommendation in all respects, and finds that none of the arguments in Petitioner's objection warrants discussion. Accordingly, the Court hereby:

(1) ADOPTS Magistrate Judge Bacharach's thorough, clear, and well-reasoned Report and Recommendation;

(2) DENIES Petitioner's Petition for a Writ of Habeas Corpus and Motion for Stay of Federal Proceedings; and

(3) ORDERS that judgment in favor of Respondents issue forthwith.

**IT IS SO ORDERED this 13th day of July, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE